UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HARVARD DRUG GROUP, L.L.C.,

    Plaintiff,

v.                                          Case No. 09-CV-13083

SENIOR RESPIRATORY SOLUTIONS, INC.,
and DAVID MCDONALD,

    Defendants.
                                         /

**ORDER SUSPENDING FORMAL DISCOVERY**

On October 15, 2009, the court held a scheduling conference with counsel for Plaintiff Harvard Drug Group, L.L.C. and Defendants Senior Respiratory Solutions, Inc. and David McDonald. At the conference, counsel for both parties indicated that they may file dispositive motions and that they had agreed to suspend formal discovery pending resolution of these motions. Accordingly,

IT IS ORDERED that formal discovery is suspended pending the court's resolution of the dispositive motions.

IT IS FURTHER ORDERED that counsel shall exchange Rule 26(a)(1) disclosures. *See* Fed. R. Civ. P. 26(a)(1). The court urges counsel to also exchange documentary evidence to a reasonably complete degree. These exchanges will not eliminate the possibility of more detailed document discovery that may become necessary if the dispositive motions are not granted.

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 16, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522